IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             Case No. 6:11-CR-60022-001

LATRESSE HAYWOOD                                                      DEFENDANT

## ORDER

     Before the Court are Defendant Latresse Haywood's motions for reduction of her sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines ("U.S.S.G.") Amendments 782 and 788 (docs. 15 & 17); an addendum to her PSR prepared by the probation office (doc. 18); and the Government's response in opposition to the motion for reduction (doc. 19).  According to the Bureau of Prisons, Ms. Haywood was released from custody on September 14, 2015.  Accordingly, the Court finds that the motions for reduction of sentence (docs. 15 & 17) should be DENIED AS MOOT.

     IT IS SO ORDERED this 18th day of December, 2015.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
UNITED STATES DISTRICT JUDGE